Composite Exhibit 2

Int. Cl.: 25

Prior U.S. Cl.: 39

**Reg. No. 1,244,537**

## United States Patent and Trademark Office

Registered Jul. 5, 1983

## TRADEMARK
### Principal Register



Van Doren Rubber Company, Inc. (California corporation)
704 E. Broadway
Anaheim, Calif. 92805

For: SHOES, in CLASS 25 (U.S. Cl. 39).
First use Mar. 17, 1967; in commerce 1969.
Sec. 2(f).

Ser. No. 133,519, filed Jul. 11, 1977.

ROBERT PEVERADA, Examining Attorney



### United States Patent and Trademark Office

Home | Site Index | Search | FAQ | Glossary | Guides | Contacts | eBusiness | eBiz alerts | News | Help

## Trademarks > Trademark Electronic Search System (TESS)

*TESS was last updated on Wed Aug 1 05:21:02 EDT 2018*

| TESS HOME | NEW USER | STRUCTURED | FREE FORM | BROWSE DICT | SEARCH OG | BOTTOM | HELP |

Please logout when you are done to release system resources allocated for you.

## Record 1 out of 1

| TSDR | ASSIGN Status | TTAB Status | *( Use the "Back" button of the Internet Browser to return to TESS)*



| | |
|---|---|
| **Goods and Services** | IC 025. US 039. G & S: Shoes. FIRST USE: 19670317. FIRST USE IN COMMERCE: 19690000 |
| **Mark Drawing Code** | (2) DESIGN ONLY |
| **Design Search Code** | 09.07.07 - Foot prints, human |
| **Serial Number** | 73133519 |
| **Filing Date** | July 11, 1977 |
| **Current Basis** | 1A |
| **Original Filing Basis** | 1A |
| **Published for Opposition** | April 12, 1983 |
| **Registration Number** | **1244537** |
| **Registration Date** | July 5, 1983 |
| **Owner** | (REGISTRANT) Van Doren Rubber Company, Inc. CORPORATION CALIFORNIA 704 E. Broadway Anaheim CALIFORNIA 92805 |
| | (LAST LISTED OWNER) VANS, INC. CORPORATION BY MERGER DELAWARE 6550 Katella Avenue Cypress CALIFORNIA 90630 |
| **Assignment** | ASSIGNMENT RECORDED |

| | |
|---|---|
| **Recorded** | |
| **Type of Mark** | TRADEMARK |
| **Register** | PRINCIPAL-2(F) |
| **Affidavit Text** | SECT 15. SECT 8 (6-YR). SECTION 8(10-YR) 20130626. |
| **Renewal** | 2ND RENEWAL 20130626 |
| **Live/Dead Indicator** | LIVE |

| TESS HOME | NEW USER | STRUCTURED | FREE FORM | BROWSE DICT | SEARCH OG | TOP | HELP |

| HOME | SITE INDEX | SEARCH | eBUSINESS | HELP | PRIVACY POLICY |

 **United States Patent and Trademark Office** 

Home | Site Index | Search | Guides | Contacts | eBusiness | eBiz alerts | News | Help

**Assignments on the Web** > Trademark Query

## Trademark Assignment Abstract of Title

### Total Assignments: 5

**Serial #:** 73133519      **Filing Dt:** 07/11/1977      **Reg #:** 1244537      **Reg. Dt:** 07/05/1983
**Registrant:** Van Doren Rubber Company, Inc.
**Mark:**

### Assignment: 1

**Reel/Frame:** 0770/0395      **Recorded:** 01/25/1991      **Pages:** 9
**Conveyance:** SECURITY INTEREST
**Assignor:** VAN DOREN RUBBER COMPANY, INC.      **Exec Dt:** 01/17/1991
                                              **Entity Type:** CORPORATION
                                              **Citizenship:** CALIFORNIA

**Assignee:** SECURITY PACIFIC NATIONAL BANK      **Entity Type:** A NATIONAL BANKING ASSOCIATION
                555 ANTON BOULEVARD                **Citizenship:** NONE
                COSTA MESA, CALIFORNIA 92626

**Correspondent:** GIBSON, DUNN & CRUTCHER
                    800 NEWPORT CENTER DRIVE
                    P O BOX 2490
                    NEWPORT BEACH, CA 92660-6395

### Assignment: 2

**Reel/Frame:** 0823/0161      **Recorded:** 10/28/1991      **Pages:** 5
**Conveyance:** MERGER 19910822DE
**Assignor:** VAN DOREN RUBBER COMPANY, INC.      **Exec Dt:** 08/19/1991
                                              **Entity Type:** CORPORATION
                                              **Citizenship:** CALIFORNIA

**Assignee:** VANS, INC.      **Entity Type:** CORPORATION
                              **Citizenship:** DELAWARE

**Correspondent:** LEWIN & LAYTIN, P.C.
                    1776 BROADWAY - FIFTEENTH FLOOR
                    NEW YORK, NEW YORK 10019

### Assignment: 3

**Reel/Frame:** 0823/0203      **Recorded:** 10/29/1991      **Pages:** 11
**Conveyance:** RELEASE BY SECURED PARTY OF THE SECURITY AGREEMENT RECORDED AT REEL 0770, FRAMES 395-403 (SEE RECORD FOR DETAILS).
**Assignor:** SECURITY PACIFIC NATIONAL BANK      **Exec Dt:** 08/29/1991
                                              **Entity Type:** SEE DOCUMENT FOR DETAILS.

|  |  |
|---|---|
| **Assignee:** VAN DOREN RUBBER COMPANY, INC. | **Citizenship:** NONE<br>**Entity Type:** CORPORATION<br>**Citizenship:** DELAWARE |

**Correspondent:** SUSAN KOCH

GIBSON, DUNN & CRUTCHER

800 NEWPORT CENTER DRIVE

POST OFFICE BOX 2490

NEWPORT BEACH, CALIFORNIA 92660-6395

## Assignment: 4

**Reel/Frame:** 1418/0429          **Recorded:** 04/05/1996          **Pages:** 9

**Conveyance:** SECURITY AGREEMENT

**Assignor:** VANS, INC.          **Exec Dt:** 03/29/1996

**Entity Type:** CORPORATION

**Citizenship:** DELAWARE

**Assignees:** TEACHERS INSURANCE AND ANNUITY ASSOCIATION OF AMERICA          **Entity Type:** CORPORATION

ATTN:SECURITIES DIVISION          **Citizenship:** NEW YORK

730 THIRD AVENUE

NEW YORK, NEW YORK 10017

CONNECTICUT GENERAL LIFE INSURANCE COMPANY (ON ITS OWN          **Entity Type:** INSURANCE COMPANY

BEHALF AND ON BEHALF OF ONE OR MORE SEPARATE ACCOUNTS)          **Citizenship:** NONE

C/O CIGNA INVESTMENTS, INC., ATTN: SECURITIES DIVISION

900 COLLEGE GROVE ROAD

CONNECTICUT 06002

LIFE INSURANCE COMPANY OF NORTH AMERICA          **Entity Type:** INSURANCE COMPANY

C/O CIGNA INVESTMENTS, INC., ATTN: SECURITIES DIVISION          **Citizenship:** NONE

900 COLLEGE GROVE ROAD

CONNECTICUT 06002

**Correspondent:** WHITMAN BREED ABBOTT & MORGAN

DAVID E. ALPINE

200 PARK AVENUE

28TH FLOOR

NEW YORK, NY 10166

## Assignment: 5

**Reel/Frame:** 1467/0220          **Recorded:** 06/21/1996          **Pages:** 11

**Conveyance:** RELEASE OF GRANT OF SECURITY INTEREST

**Assignors:** TEACHERS INSURANCE AND ANNUITY ASSOCIATION OF AMERICA          **Exec Dt:** 05/31/1996

**Entity Type:** CORPORATION

**Citizenship:** IOWA

CONNECTICUT GENERAL LIFE INSURANCE COMPANY          **Exec Dt:** 05/31/1996

**Entity Type:** CORPORATION

**Citizenship:** IOWA

LIFE INSURANCE COMPANY OF NORTH AMERICA          **Exec Dt:** 05/31/1996

USPTO Assignments on the Web

|  | **Entity Type:** CORPORATION |
|  | **Citizenship:** IOWA |
| **Assignee:** VANS, INC. | **Entity Type:** CORPORATION |
|  | **Citizenship:** DELAWARE |

2095 BATAVIA STREET

ORANGE, CALIFORNIA 92665-3101

**Correspondent:** LEWIN & LAYTIN, P.C.

LISA ROSENBURGH

1776 BROADWAY, FIFTEENTH FL.

NEW YORK, NY 10019

Search Results as of: 08/01/2018 02:08 PM

If you have any comments or questions concerning the data displayed, contact PRD / Assignments at 571-272-3350. v.2.6
Web interface last modified: August 25, 2017 v.2.6

| | **HOME** | **INDEX** | **SEARCH** | **eBUSINESS** | **CONTACT US** | **PRIVACY STATEMENT**

Int. Cl.: 25

Prior U.S. Cl.: 39

Reg. No. 1,267,262

**United States Patent and Trademark Office**     Registered Feb. 14, 1984

## TRADEMARK
### Principal Register

## VANS

Van Doren Rubber Company (California corporation)
1240 S. Claudina St.
Anaheim, Calif. 92805

For: SHOES, in CLASS 25 (U.S. Cl. 39).
First use Feb. 1967; in commerce 1969.

Ser. No. 396,323, filed Sep. 30, 1982.

ROBERT PEVERADA, Examining Attorney



**United States Patent and Trademark Office**

Home | Site Index | Search | FAQ | Glossary | Guides | Contacts | *eBusiness* | eBiz alerts | News | Help

**Trademarks** > **Trademark Electronic Search System (TESS)**

*TESS was last updated on Wed Aug 1 05:21:02 EDT 2018*

| TESS HOME | NEW USER | STRUCTURED | FREE FORM | BROWSE DICT | SEARCH OG | BOTTOM | HELP |

Please logout when you are done to release system resources allocated for you.

# Record 1 out of 1

| TSDR | ASSIGN Status | TTAB Status |   *( Use the "Back" button of the Internet Browser to return to TESS)*

# Typed Drawing

| | |
|---|---|
| **Word Mark** | VANS |
| **Goods and Services** | IC 025. US 039. G & S: Shoes. FIRST USE: 19670200. FIRST USE IN COMMERCE: 19690000 |
| **Mark Drawing Code** | (1) TYPED DRAWING |
| **Serial Number** | 73396323 |
| **Filing Date** | September 30, 1982 |
| **Current Basis** | 1A |
| **Original Filing Basis** | 1A |
| **Published for Opposition** | November 22, 1983 |
| **Change In Registration** | CHANGE IN REGISTRATION HAS OCCURRED |
| **Registration Number** | **1267262** |
| **Registration Date** | February 14, 1984 |
| **Owner** | (REGISTRANT) Van Doren Rubber Company, INC. CORPORATION CALIFORNIA 1240 S. Claudina St. Anaheim CALIFORNIA 92805 |
| | (LAST LISTED OWNER) VANS, INC. CORPORATION BY MERGER WITH DELAWARE 6550 Katella Ave. Cypress CALIFORNIA 90630 |
| **Assignment Recorded** | ASSIGNMENT RECORDED |
| **Type of Mark** | TRADEMARK |
| **Register** | PRINCIPAL |
| **Affidavit Text** | SECT 15. SECT 8 (6-YR). SECTION 8(10-YR) 20140218. |

| | |
|---|---|
| **Renewal** | 2ND RENEWAL 20140218 |
| **Live/Dead Indicator** | LIVE |

TESS HOME   NEW USER   STRUCTURED   FREE FORM   BROWSE DICT   SEARCH OG   TOP   HELP

| HOME | SITE INDEX | SEARCH | eBUSINESS | HELP | PRIVACY POLICY



# United States Patent and Trademark Office

Home | Site Index | Search | Guides | Contacts | eBusiness | eBiz alerts | News | Help

**Assignments on the Web** > Trademark Query

## Trademark Assignment Abstract of Title

**Total Assignments: 6**

**Serial #:** 73396323    **Filing Dt:** 09/30/1982    **Reg #:** 1267262    **Reg. Dt:** 02/14/1984

**Registrant:** Van Doren Rubber Company, INC.

**Mark:** VANS

### Assignment: 1

**Reel/Frame:** 0594/0221    **Recorded:** 03/02/1988    **Pages:** 12

**Conveyance:** SECURITY INTEREST

**Assignor:** VAN DOREN RUBBER COMPANY, INC.    **Exec Dt:** 02/16/1988

   **Entity Type:** UNKNOWN

   **Citizenship:** NONE

**Assignee:** GLENFED CAPITAL CORP.    **Entity Type:** UNKNOWN

SUITE 250    **Citizenship:** NONE

330 NORTH BRAND BOULEVARD

GLENDALE, CALIFORNIA 91203

**Correspondent:** INVENTION, INC.

2001 JEFFERSON DAVIS HIGHWAY

ARLINGTON, VA 22202

### Assignment: 2

**Reel/Frame:** 0770/0395    **Recorded:** 01/25/1991    **Pages:** 9

**Conveyance:** SECURITY INTEREST

**Assignor:** VAN DOREN RUBBER COMPANY, INC.    **Exec Dt:** 01/17/1991

   **Entity Type:** CORPORATION

   **Citizenship:** CALIFORNIA

**Assignee:** SECURITY PACIFIC NATIONAL BANK    **Entity Type:** A NATIONAL BANKING ASSOCIATION

555 ANTON BOULEVARD    **Citizenship:** NONE

COSTA MESA, CALIFORNIA 92626

**Correspondent:** GIBSON, DUNN & CRUTCHER

800 NEWPORT CENTER DRIVE

P O BOX 2490

NEWPORT BEACH, CA 92660-6395

### Assignment: 3

**Reel/Frame:** 0823/0161    **Recorded:** 10/28/1991    **Pages:** 5

**Conveyance:** MERGER 19910822DE

| | | |
|---|---|---|
| **Assignor:** VAN DOREN RUBBER COMPANY, INC. | **Exec Dt:** 08/19/1991 | |
| | **Entity Type:** CORPORATION | |
| | **Citizenship:** CALIFORNIA | |
| **Assignee:** VANS, INC. | **Entity Type:** CORPORATION | |
| | **Citizenship:** DELAWARE | |

**Correspondent:** LEWIN & LAYTIN, P.C.

1776 BROADWAY - FIFTEENTH FLOOR

NEW YORK, NEW YORK 10019

## Assignment: 4

| | | |
|---|---|---|
| **Reel/Frame:** 0823/0203 | **Recorded:** 10/29/1991 | **Pages:** 11 |

**Conveyance:** RELEASE BY SECURED PARTY OF THE SECURITY AGREEMENT RECORDED AT REEL 0770, FRAMES 395-403 (SEE RECORD FOR DETAILS).

| | |
|---|---|
| **Assignor:** SECURITY PACIFIC NATIONAL BANK | **Exec Dt:** 08/29/1991 |
| | **Entity Type:** SEE DOCUMENT FOR DETAILS. |
| | **Citizenship:** NONE |
| **Assignee:** VAN DOREN RUBBER COMPANY, INC. | **Entity Type:** CORPORATION |
| | **Citizenship:** DELAWARE |

**Correspondent:** SUSAN KOCH

GIBSON, DUNN & CRUTCHER

800 NEWPORT CENTER DRIVE

POST OFFICE BOX 2490

NEWPORT BEACH, CALIFORNIA 92660-6395

## Assignment: 5

| | | |
|---|---|---|
| **Reel/Frame:** 1418/0429 | **Recorded:** 04/05/1996 | **Pages:** 9 |

**Conveyance:** SECURITY AGREEMENT

| | |
|---|---|
| **Assignor:** VANS, INC. | **Exec Dt:** 03/29/1996 |
| | **Entity Type:** CORPORATION |
| | **Citizenship:** DELAWARE |
| **Assignees:** TEACHERS INSURANCE AND ANNUITY ASSOCIATION OF AMERICA | **Entity Type:** CORPORATION |
| | **Citizenship:** NEW YORK |

ATTN:SECURITIES DIVISION

730 THIRD AVENUE

NEW YORK, NEW YORK 10017

| | |
|---|---|
| CONNECTICUT GENERAL LIFE INSURANCE COMPANY (ON ITS OWN BEHALF AND ON BEHALF OF ONE OR MORE SEPARATE ACCOUNTS) | **Entity Type:** INSURANCE COMPANY |
| | **Citizenship:** NONE |

C/O CIGNA INVESTMENTS, INC., ATTN: SECURITIES DIVISION

900 COLLEGE GROVE ROAD

CONNECTICUT 06002

| | |
|---|---|
| LIFE INSURANCE COMPANY OF NORTH AMERICA | **Entity Type:** INSURANCE COMPANY |
| | **Citizenship:** NONE |

C/O CIGNA INVESTMENTS, INC., ATTN: SECURITIES DIVISION

900 COLLEGE GROVE ROAD

CONNECTICUT 06002

**Correspondent:** WHITMAN BREED ABBOTT & MORGAN

DAVID E. ALPINE

200 PARK AVENUE

28TH FLOOR

NEW YORK, NY 10166

## Assignment: 6

| | | |
|---|---|---|
| **Reel/Frame:** 1467/0220 | **Recorded:** 06/21/1996 | **Pages:** 11 |

**Conveyance:** RELEASE OF GRANT OF SECURITY INTEREST

**Assignors:** TEACHERS INSURANCE AND ANNUITY ASSOCIATION OF AMERICA
**Exec Dt:** 05/31/1996
**Entity Type:** CORPORATION
**Citizenship:** IOWA

CONNECTICUT GENERAL LIFE INSURANCE COMPANY
**Exec Dt:** 05/31/1996
**Entity Type:** CORPORATION
**Citizenship:** IOWA

LIFE INSURANCE COMPANY OF NORTH AMERICA
**Exec Dt:** 05/31/1996
**Entity Type:** CORPORATION
**Citizenship:** IOWA

**Assignee:** VANS, INC.
**Entity Type:** CORPORATION
**Citizenship:** DELAWARE

2095 BATAVIA STREET

ORANGE, CALIFORNIA 92665-3101

**Correspondent:** LEWIN & LAYTIN, P.C.

LISA ROSENBURGH

1776 BROADWAY, FIFTEENTH FL.

NEW YORK, NY 10019

Search Results as of: 08/01/2018 02:08 PM

If you have any comments or questions concerning the data displayed, contact PRD / Assignments at 571-272-3350. v.2.6
Web interface last modified: August 25, 2017 v.2.6

Int. Cls.: 14, 18, 25 and 28

Prior U.S. Cls.: 3, 22, 28 and 39

United States Patent and Trademark Office

Reg. No. 1,353,939
Registered Aug. 13, 1985

## TRADEMARK
### PRINCIPAL REGISTER



VAN DOREN RUBBER COMPANY, INC. (CALIFORNIA CORPORATION)
1240 SOUTH CLAUDINA ST.
ANAHEIM, CA 92805

FOR: JEWELRY, IN CLASS 14 (U.S. CL. 28).
FIRST USE 10–20–1975; IN COMMERCE 11–0–1981.

FOR: WALLETS HANDBAGS AND ALL PURPOSE TOTE BAGS, IN CLASS 18 (U.S. CL. 3).
FIRST USE 4–17–1981; IN COMMERCE 3–0–1982.

FOR: WEARING APPAREL, NAMELY, SPORT SHIRTS, T-SHIRTS, HATS, SHORT,

JOGGING SUITS, SOCKS, SWIMSUITS AND SHOES, IN CLASS 25 (U.S. CL. 39).
FIRST USE 2–0–1967; IN COMMERCE 0–0–1969.

FOR: FLYING TOY DISCS, IN CLASS 28 (U.S. CL. 22).
FIRST USE 7–1–1981; IN COMMERCE 3–0–1982.

OWNER OF U.S. REG. NOS. 1,267,100, 1,269,202 AND OTHERS.

SER. NO. 441,417, FILED 8–29–1983.

ROBERT PEVERADA, EXAMINING ATTORNEY



**United States Patent and Trademark Office**

Home | Site Index | Search | FAQ | Glossary | Guides | Contacts | eBusiness | eBiz alerts | News | Help

## Trademarks > Trademark Electronic Search System (TESS)

*TESS was last updated on Wed Aug 1 05:21:02 EDT 2018*

| TESS HOME | NEW USER | STRUCTURED | FREE FORM | BROWSE DICT | SEARCH OG | BOTTOM | HELP |

Please logout when you are done to release system resources allocated for you.

## Record 1 out of 1

| TSDR | ASSIGN Status | TTAB Status |   *( Use the "Back" button of the Internet Browser to return to TESS)*



| | |
|---|---|
| **Word Mark** | VANS |
| **Goods and Services** | IC 014. US 028. G & S: JEWELRY. FIRST USE: 19751020. FIRST USE IN COMMERCE: 19811100 |
| | IC 018. US 003. G & S: WALLETS HANDBAGS AND ALL PURPOSE TOTE BAGS. FIRST USE: 19810417. FIRST USE IN COMMERCE: 19820300 |
| | IC 025. US 039. G & S: WEARING APPAREL, NAMELY, SPORT SHIRTS, T-SHIRTS, HATS, SHORT, JOGGING SUITS, SOCKS, SWIMSUITS AND SHOES. FIRST USE: 19670200. FIRST USE IN COMMERCE: 19690000 |
| | (CANCELLED) IC 028. US 022 023 038 050. G & S: [ FLYING TOY DISCS ]. FIRST USE: 19810701. FIRST USE IN COMMERCE: 19820300 |
| **Mark Drawing Code** | (5) WORDS, LETTERS, AND/OR NUMBERS IN STYLIZED FORM |
| **Serial Number** | 73441417 |
| **Filing Date** | August 29, 1983 |
| **Current Basis** | 1A |
| **Original Filing Basis** | 1A |
| **Published for** | June 4, 1985 |

| | |
|---|---|
| **Opposition** | |
| **Change In Registration** | CHANGE IN REGISTRATION HAS OCCURRED |
| **Registration Number** | **1353939** |
| **Registration Date** | August 13, 1985 |
| **Owner** | (REGISTRANT) VAN DOREN RUBBER COMPANY, INC. CORPORATION CALIFORNIA 1240 SOUTH CLAUDINA ST. ANAHEIM CALIFORNIA 92805 |
| | (LAST LISTED OWNER) Vans, Inc. CORPORATION DELAWARE 6550 Katella Ave. Cypress CALIFORNIA 90630 |
| **Assignment Recorded** | ASSIGNMENT RECORDED |
| **Prior Registrations** | 1267100;1267262;1269201;1269202 |
| **Type of Mark** | TRADEMARK |
| **Register** | PRINCIPAL |
| **Affidavit Text** | SECT 15. SECT 8 (6-YR). SECTION 8(10-YR) 20051122. PARTIAL SECTION 8(10-YR) 20150908. |
| **Renewal** | 2ND RENEWAL 20150908 |
| **Live/Dead Indicator** | LIVE |

TESS HOME | NEW USER | STRUCTURED | FREE FORM | BROWSE DICT | SEARCH OG | TOP | HELP

| HOME | SITE INDEX | SEARCH | eBUSINESS | HELP | PRIVACY POLICY



## United States Patent and Trademark Office

Home | Site Index | Search | Guides | Contacts | eBusiness | eBiz alerts | News | Help



## Assignments on the Web > Trademark Query

## Trademark Assignment Abstract of Title

**Total Assignments: 6**

**Serial #:** 73441417    **Filing Dt:** 08/29/1983    **Reg #:** 1353939    **Reg. Dt:** 08/13/1985

**Registrant:** VAN DOREN RUBBER COMPANY, INC.

**Mark:** VANS

### Assignment: 1

**Reel/Frame:** 0594/0221    **Recorded:** 03/02/1988    **Pages:** 12

**Conveyance:** SECURITY INTEREST

**Assignor:** VAN DOREN RUBBER COMPANY, INC.    **Exec Dt:** 02/16/1988

**Entity Type:** UNKNOWN

**Citizenship:** NONE

**Assignee:** GLENFED CAPITAL CORP.    **Entity Type:** UNKNOWN

SUITE 250    **Citizenship:** NONE

330 NORTH BRAND BOULEVARD

GLENDALE, CALIFORNIA 91203

**Correspondent:** INVENTION, INC.

2001 JEFFERSON DAVIS HIGHWAY

ARLINGTON, VA 22202

### Assignment: 2

**Reel/Frame:** 0770/0395    **Recorded:** 01/25/1991    **Pages:** 9

**Conveyance:** SECURITY INTEREST

**Assignor:** VAN DOREN RUBBER COMPANY, INC.    **Exec Dt:** 01/17/1991

**Entity Type:** CORPORATION

**Citizenship:** CALIFORNIA

**Assignee:** SECURITY PACIFIC NATIONAL BANK    **Entity Type:** A NATIONAL BANKING ASSOCIATION

555 ANTON BOULEVARD    **Citizenship:** NONE

COSTA MESA, CALIFORNIA 92626

**Correspondent:** GIBSON, DUNN & CRUTCHER

800 NEWPORT CENTER DRIVE

P O BOX 2490

NEWPORT BEACH, CA 92660-6395

### Assignment: 3

**Reel/Frame:** 0823/0161    **Recorded:** 10/28/1991    **Pages:** 5

**Conveyance:** MERGER 19910822DE

**Assignor:** VAN DOREN RUBBER COMPANY, INC.

**Exec Dt:** 08/19/1991
**Entity Type:** CORPORATION
**Citizenship:** CALIFORNIA

**Assignee:** VANS, INC.

**Entity Type:** CORPORATION
**Citizenship:** DELAWARE

**Correspondent:** LEWIN & LAYTIN, P.C.

1776 BROADWAY - FIFTEENTH FLOOR

NEW YORK, NEW YORK 10019

## Assignment: 4

| Reel/Frame: | 0823/0203 | Recorded: 10/29/1991 | Pages: 11 |
|---|---|---|---|

**Conveyance:** RELEASE BY SECURED PARTY OF THE SECURITY AGREEMENT RECORDED AT REEL 0770, FRAMES 395-403 (SEE RECORD FOR DETAILS).

**Assignor:** SECURITY PACIFIC NATIONAL BANK

**Exec Dt:** 08/29/1991
**Entity Type:** SEE DOCUMENT FOR DETAILS.
**Citizenship:** NONE

**Assignee:** VAN DOREN RUBBER COMPANY, INC.

**Entity Type:** CORPORATION
**Citizenship:** DELAWARE

**Correspondent:** SUSAN KOCH

GIBSON, DUNN & CRUTCHER

800 NEWPORT CENTER DRIVE

POST OFFICE BOX 2490

NEWPORT BEACH, CALIFORNIA 92660-6395

## Assignment: 5

| Reel/Frame: | 1418/0429 | Recorded: 04/05/1996 | Pages: 9 |
|---|---|---|---|

**Conveyance:** SECURITY AGREEMENT

**Assignor:** VANS, INC.

**Exec Dt:** 03/29/1996
**Entity Type:** CORPORATION
**Citizenship:** DELAWARE

**Assignees:** TEACHERS INSURANCE AND ANNUITY ASSOCIATION OF AMERICA

**Entity Type:** CORPORATION
**Citizenship:** NEW YORK

ATTN:SECURITIES DIVISION

730 THIRD AVENUE

NEW YORK, NEW YORK 10017

CONNECTICUT GENERAL LIFE INSURANCE COMPANY (ON ITS OWN BEHALF AND ON BEHALF OF ONE OR MORE SEPARATE ACCOUNTS)

**Entity Type:** INSURANCE COMPANY
**Citizenship:** NONE

C/O CIGNA INVESTMENTS, INC., ATTN: SECURITIES DIVISION

900 COLLEGE GROVE ROAD

CONNECTICUT 06002

LIFE INSURANCE COMPANY OF NORTH AMERICA

**Entity Type:** INSURANCE COMPANY
**Citizenship:** NONE

C/O CIGNA INVESTMENTS, INC., ATTN: SECURITIES DIVISION

900 COLLEGE GROVE ROAD

CONNECTICUT 06002

**Correspondent:** WHITMAN BREED ABBOTT & MORGAN

DAVID E. ALPINE

200 PARK AVENUE

28TH FLOOR

NEW YORK, NY 10166

## Assignment: 6

| | | |
|---|---|---|
| **Reel/Frame:** 1467/0220 | **Recorded:** 06/21/1996 | **Pages:** 11 |

**Conveyance:** RELEASE OF GRANT OF SECURITY INTEREST

**Assignors:** TEACHERS INSURANCE AND ANNUITY ASSOCIATION OF AMERICA
**Exec Dt:** 05/31/1996
**Entity Type:** CORPORATION
**Citizenship:** IOWA

CONNECTICUT GENERAL LIFE INSURANCE COMPANY
**Exec Dt:** 05/31/1996
**Entity Type:** CORPORATION
**Citizenship:** IOWA

LIFE INSURANCE COMPANY OF NORTH AMERICA
**Exec Dt:** 05/31/1996
**Entity Type:** CORPORATION
**Citizenship:** IOWA

**Assignee:** VANS, INC.
**Entity Type:** CORPORATION
**Citizenship:** DELAWARE

2095 BATAVIA STREET

ORANGE, CALIFORNIA 92665-3101

**Correspondent:** LEWIN & LAYTIN, P.C.

LISA ROSENBURGH

1776 BROADWAY, FIFTEENTH FL.

NEW YORK, NY 10019

Search Results as of: 08/01/2018 02:09 PM

If you have any comments or questions concerning the data displayed, contact PRD / Assignments at 571-272-3350. v.2.6
Web interface last modified: August 25, 2017 v.2.6

Int. Cl.: 25

Prior U.S. Cls.: 22 and 39

Reg. No. 1,378,174

# United States Patent and Trademark Office

Registered Jan. 14, 1986

## TRADEMARK
### PRINCIPAL REGISTER

## OFF THE WALL

VAN DOREN RUBBER COMPANY (CALIFOR-
NIA CORPORATION)
1240 S. CLAUDINA STREET
ANAHEIM, CA 92805

FOR: SHOES AND WEARING APPAREL
NAMELY SPORT SHIRTS, T-SHIRTS, HATS,
SHORTS, JOGGING SUITS, SOCKS, SWIM-
SUITS, IN CLASS 25 (U.S. CLS. 22 AND 39).

FIRST USE 3-18-1977; IN COMMERCE
4-1-1977.

SER. NO. 501,495, FILED 9-28-1984.

ROBERT PEVERADA, EXAMINING ATTOR-
NEY



**United States Patent and Trademark Office**

Home | Site Index | Search | FAQ | Glossary | Guides | Contacts | *eBusiness* | eBiz alerts | News | Help

## Trademarks > Trademark Electronic Search System (TESS)

*TESS was last updated on Wed Aug 1 05:21:02 EDT 2018*

| TESS HOME | NEW USER | STRUCTURED | FREE FORM | BROWSE DICT | SEARCH OG | BOTTOM | HELP |

Please logout when you are done to release system resources allocated for you.

## Record 1 out of 1

| TSDR | ASSIGN Status | TTAB Status | *( Use the "Back" button of the Internet Browser to return to TESS)*

# Typed Drawing

| | |
|---|---|
| **Word Mark** | OFF THE WALL |
| **Goods and Services** | IC 025. US 022 039. G & S: SHOES AND WEARING APPAREL NAMELY SPORT SHIRTS, T-SHIRTS, HATS, SHORTS, JOGGING SUITS, SOCKS, SWIMSUITS. FIRST USE: 19770318. FIRST USE IN COMMERCE: 19770401 |
| **Mark Drawing Code** | (1) TYPED DRAWING |
| **Serial Number** | 73501495 |
| **Filing Date** | September 28, 1984 |
| **Current Basis** | 1A |
| **Original Filing Basis** | 1A |
| **Published for Opposition** | October 22, 1985 |
| **Change In Registration** | CHANGE IN REGISTRATION HAS OCCURRED |
| **Registration Number** | **1378174** |
| **Registration Date** | January 14, 1986 |
| **Owner** | (REGISTRANT) VAN DOREN RUBBER COMPANY, INC. CORPORATION CALIFORNIA 1240 S. CLAUDINA STREET ANAHEIM CALIFORNIA 92805 |
| | (LAST LISTED OWNER) VANS, INC. CORPORATION BY MERGER WITH DELAWARE 6550 Katella Avenue Cypress CALIFORNIA 90630 |

Trademark Electronic Search System (TESS)

| | |
|---|---|
| **Assignment Recorded** | ASSIGNMENT RECORDED |
| **Type of Mark** | TRADEMARK |
| **Register** | PRINCIPAL |
| **Affidavit Text** | SECT 15. SECT 8 (6-YR). SECTION 8(10-YR) 20160311. |
| **Renewal** | 2ND RENEWAL 20160311 |
| **Live/Dead Indicator** | LIVE |

| TESS HOME | NEW USER | STRUCTURED | FREE FORM | BROWSE DICT | SEARCH OG | TOP | HELP |

| HOME | SITE INDEX | SEARCH | eBUSINESS | HELP | PRIVACY POLICY |



## United States Patent and Trademark Office

Home | Site Index | Search | Guides | Contacts | eBusiness | eBiz alerts | News | Help

**Assignments on the Web** > Trademark Query

# Trademark Assignment Abstract of Title

**Total Assignments: 6**

**Serial #:** 73501495    **Filing Dt:** 09/28/1984    **Reg #:** 1378174    **Reg. Dt:** 01/14/1986

**Registrant:** VAN DOREN RUBBER COMPANY, INC.

**Mark:** OFF THE WALL

## Assignment: 1

**Reel/Frame:** 0594/0221    **Recorded:** 03/02/1988    **Pages:** 12

**Conveyance:** SECURITY INTEREST

**Assignor:** VAN DOREN RUBBER COMPANY, INC.    **Exec Dt:** 02/16/1988
                                              **Entity Type:** UNKNOWN
                                              **Citizenship:** NONE

**Assignee:** GLENFED CAPITAL CORP.    **Entity Type:** UNKNOWN
                                       **Citizenship:** NONE

SUITE 250

330 NORTH BRAND BOULEVARD

GLENDALE, CALIFORNIA 91203

**Correspondent:** INVENTION, INC.

2001 JEFFERSON DAVIS HIGHWAY

ARLINGTON, VA 22202

## Assignment: 2

**Reel/Frame:** 0770/0395    **Recorded:** 01/25/1991    **Pages:** 9

**Conveyance:** SECURITY INTEREST

**Assignor:** VAN DOREN RUBBER COMPANY, INC.    **Exec Dt:** 01/17/1991
                                              **Entity Type:** CORPORATION
                                              **Citizenship:** CALIFORNIA

**Assignee:** SECURITY PACIFIC NATIONAL BANK    **Entity Type:** A NATIONAL BANKING
                                                 ASSOCIATION
555 ANTON BOULEVARD                             **Citizenship:** NONE

COSTA MESA, CALIFORNIA 92626

**Correspondent:** GIBSON, DUNN & CRUTCHER

800 NEWPORT CENTER DRIVE

P O BOX 2490

NEWPORT BEACH, CA 92660-6395

## Assignment: 3

**Reel/Frame:** 0863/0963    **Recorded:** 05/04/1992    **Pages:** 5

**Conveyance:** MERGER 19910822DE

| | | | |
|---|---|---|---|
| **Assignors:** | VAN DOREN RUBBER COMPANY, INC. | **Exec Dt:** | 08/19/1991 |
| | | **Entity Type:** | CORPORATION |
| | | **Citizenship:** | CALIFORNIA |
| | VAN DOREN RUBBER COMPANY, INC. | **Exec Dt:** | 08/19/1991 |
| | | **Entity Type:** | CORPORATION |
| | | **Citizenship:** | CALIFORNIA |
| **Assignees:** | VANS, INC. | **Entity Type:** | CORPORATION |
| | | **Citizenship:** | DELAWARE |
| | VANS, INC. | **Entity Type:** | CORPORATION |
| | | **Citizenship:** | DELAWARE |

**Correspondent:** LEWIN & LAYTIN, P.C.

FIFTEENTH FLOOR

1776 BROADWAY

NEW YORK, NY 10019

## Assignment: 4

| | | | | | |
|---|---|---|---|---|---|
| **Reel/Frame:** | 0823/0203 | **Recorded:** 10/29/1991 | | **Pages:** 11 |
| **Conveyance:** | RELEASE BY SECURED PARTY OF THE SECURITY AGREEMENT RECORDED AT REEL 0770, FRAMES 395-403 (SEE RECORD FOR DETAILS). | | | |
| **Assignor:** | SECURITY PACIFIC NATIONAL BANK | **Exec Dt:** 08/29/1991 | | |
| | | **Entity Type:** SEE DOCUMENT FOR DETAILS. | | |
| | | **Citizenship:** NONE | | |
| **Assignee:** | VAN DOREN RUBBER COMPANY, INC. | **Entity Type:** CORPORATION | | |
| | | **Citizenship:** DELAWARE | | |

**Correspondent:** SUSAN KOCH

GIBSON, DUNN & CRUTCHER

800 NEWPORT CENTER DRIVE

POST OFFICE BOX 2490

NEWPORT BEACH, CALIFORNIA 92660-6395

## Assignment: 5

| | | | | | |
|---|---|---|---|---|---|
| **Reel/Frame:** | 1418/0429 | **Recorded:** 04/05/1996 | | **Pages:** 9 |
| **Conveyance:** | SECURITY AGREEMENT | | | |
| **Assignor:** | VANS, INC. | **Exec Dt:** 03/29/1996 | | |
| | | **Entity Type:** CORPORATION | | |
| | | **Citizenship:** DELAWARE | | |
| **Assignees:** | TEACHERS INSURANCE AND ANNUITY ASSOCIATION OF AMERICA | **Entity Type:** CORPORATION | | |
| | ATTN:SECURITIES DIVISION | **Citizenship:** NEW YORK | | |
| | 730 THIRD AVENUE | | | |
| | NEW YORK, NEW YORK 10017 | | | |
| | CONNECTICUT GENERAL LIFE INSURANCE COMPANY (ON ITS OWN BEHALF AND ON BEHALF OF ONE OR MORE SEPARATE ACCOUNTS) | **Entity Type:** INSURANCE COMPANY | | |
| | | **Citizenship:** NONE | | |
| | C/O CIGNA INVESTMENTS, INC., ATTN: SECURITIES DIVISION | | | |
| | 900 COLLEGE GROVE ROAD | | | |
| | CONNECTICUT 06002 | | | |

LIFE INSURANCE COMPANY OF NORTH AMERICA

C/O CIGNA INVESTMENTS, INC., ATTN: SECURITIES DIVISION

900 COLLEGE GROVE ROAD

CONNECTICUT 06002

**Entity Type:** INSURANCE COMPANY
**Citizenship:** NONE

**Correspondent:** WHITMAN BREED ABBOTT & MORGAN

DAVID E. ALPINE

200 PARK AVENUE

28TH FLOOR

NEW YORK, NY 10166

## Assignment: 6

| | | |
|---|---|---|
| **Reel/Frame:** 1467/0220 | **Recorded:** 06/21/1996 | **Pages:** 11 |

**Conveyance:** RELEASE OF GRANT OF SECURITY INTEREST

**Assignors:** TEACHERS INSURANCE AND ANNUITY ASSOCIATION OF AMERICA

**Exec Dt:** 05/31/1996
**Entity Type:** CORPORATION
**Citizenship:** IOWA

CONNECTICUT GENERAL LIFE INSURANCE COMPANY

**Exec Dt:** 05/31/1996
**Entity Type:** CORPORATION
**Citizenship:** IOWA

LIFE INSURANCE COMPANY OF NORTH AMERICA

**Exec Dt:** 05/31/1996
**Entity Type:** CORPORATION
**Citizenship:** IOWA

**Assignee:** VANS, INC.

2095 BATAVIA STREET

ORANGE, CALIFORNIA 92665-3101

**Entity Type:** CORPORATION
**Citizenship:** DELAWARE

**Correspondent:** LEWIN & LAYTIN, P.C.

LISA ROSENBURGH

1776 BROADWAY, FIFTEENTH FL.

NEW YORK, NY 10019

Search Results as of: 08/01/2018 02:09 PM

If you have any comments or questions concerning the data displayed, contact PRD / Assignments at 571-272-3350. v.2.6
Web interface last modified: August 25, 2017 v.2.6

| **HOME** | **INDEX** | **SEARCH** | *e*BUSINESS | **CONTACT US** | **PRIVACY STATEMENT**

Int. Cl.: 25

Prior U.S. Cl.: 39

## United States Patent and Trademark Office

Reg. No. 1,861,013
Registered Nov. 1, 1994

## TRADEMARK
### PRINCIPAL REGISTER

## VANS

VANS, INC. (DELAWARE CORPORATION)
2095 BATAVIA STREET
ORANGE, CA 92665

FOR: CLOTHING AND FOOTWEAR; NAMELY, SPORT SHIRTS, T-SHIRTS, HATS, SHORTS, JOGGING SUITS, SOCKS AND SHOES FOR MEN, WOMEN AND CHILDREN, IN CLASS 25 (U.S. CL. 39).

FIRST USE 2–0–1967; IN COMMERCE 0–0–1969.

OWNER OF U.S. REG. NOS. 1,267,262, 1,353,939 AND OTHERS.

SER. NO. 74–458,715, FILED 11–16–1993.

CHRISIE B. KING, EXAMINING ATTORNEY



**United States Patent and Trademark Office**

Home | Site Index | Search | FAQ | Glossary | Guides | Contacts | eBusiness | eBiz alerts | News | Help

## Trademarks > Trademark Electronic Search System (TESS)

*TESS was last updated on Wed Aug 1 05:21:02 EDT 2018*

| TESS HOME | NEW USER | STRUCTURED | FREE FORM | BROWSE DICT | SEARCH OG | BOTTOM | HELP |

Please logout when you are done to release system resources allocated for you.

## Record 1 out of 1

| TSDR | ASSIGN Status | TTAB Status | *( Use the "Back" button of the Internet Browser to return to TESS)*

# Typed Drawing

| | |
|---|---|
| **Word Mark** | VANS |
| **Goods and Services** | IC 025. US 039. G & S: clothing and footwear; namely, sport shirts, T-shirts, hats, shorts, jogging suits, socks and shoes for men, women and children. FIRST USE: 19670200. FIRST USE IN COMMERCE: 19690000 |
| **Mark Drawing Code** | (1) TYPED DRAWING |
| **Serial Number** | 74458715 |
| **Filing Date** | November 16, 1993 |
| **Current Basis** | 1A |
| **Original Filing Basis** | 1A |
| **Published for Opposition** | August 9, 1994 |
| **Registration Number** | 1861013 |
| **Registration Date** | November 1, 1994 |
| **Owner** | (REGISTRANT) VANS INC CORPORATION DELAWARE 6550 Katella Ave Cypress CALIFORNIA 90630 |
| **Prior Registrations** | 1267262;1353939;AND OTHERS |
| **Type of Mark** | TRADEMARK |
| **Register** | PRINCIPAL |
| **Affidavit Text** | SECT 15. SECT 8 (6-YR). SECTION 8(10-YR) 20141028. |

| | |
|---|---|
| **Renewal** | 2ND RENEWAL 20141028 |
| **Live/Dead Indicator** | LIVE |

Int. Cl.: 25

Prior U.S. Cls.: 22 and 39

**United States Patent and Trademark Office**

Reg. No. 2,174,502

Registered July 21, 1998

## TRADEMARK
### PRINCIPAL REGISTER



VANS, INC. (DELAWARE CORPORATION)
2095 BATAVIA
ORANGE, CA 92865

    FOR: MEN'S, WOMEN'S AND CHILDREN'S CLOTHING, NAMELY, SHIRTS, T-SHIRTS, SHORTS, UNDERWEAR, SWIM TRUNKS, TROUSERS, SWEATERS, JACKETS, COATS, CAPS, HATS, BANDANNAS, VESTS AND SOCKS; FOOTWEAR, IN CLASS 25 (U.S. CLS. 22 AND 39).

    FIRST USE 3–18–1977; IN COMMERCE 3–18–1977.

    OWNER OF U.S. REG. NOS. 1,267,262, 1,861,882 AND OTHERS.

    SER. NO. 75–229,185, FILED 1–22–1997.

TERESA LEE, EXAMINING ATTORNEY



**United States Patent and Trademark Office**

Home | Site Index | Search | FAQ | Glossary | Guides | Contacts | eBusiness | eBiz alerts | News | Help

## Trademarks > Trademark Electronic Search System (TESS)

*TESS was last updated on Wed Aug 1 05:21:02 EDT 2018*

TESS HOME | NEW USER | STRUCTURED | FREE FORM | BROWSE DICT | SEARCH OG | BOTTOM | HELP

Please logout when you are done to release system resources allocated for you.

# Record 1 out of 1

TSDR | ASSIGN Status | TTAB Status   *( Use the "Back" button of the Internet Browser to return to TESS)*



| | |
|---|---|
| **Word Mark** | VANS OFF THE WALL |
| **Goods and Services** | IC 025. US 022 039. G & S: men's, women's and children's clothing, namely, shirts, T-shirts, shorts, underwear, swim trunks, trousers, sweaters, jackets, coats, caps, hats, bandannas, vests and socks; footwear. FIRST USE: 19770318. FIRST USE IN COMMERCE: 19770318 |
| **Mark Drawing Code** | (3) DESIGN PLUS WORDS, LETTERS, AND/OR NUMBERS |
| **Design Search Code** | 18.05.05 - Armored trucks; Cabs, tractor-trailer; Garbage trucks; Pickup trucks; Tanker trucks; Tow trucks; Trucks, heavy hauling; Trucks, pick-up; Trucks, tanker; Vans |
| **Serial Number** | 75229185 |
| **Filing Date** | January 22, 1997 |
| **Current Basis** | 1A |
| **Original Filing Basis** | 1A |
| **Published for Opposition** | April 28, 1998 |
| **Registration Number** | **2174502** |
| **Registration** | July 21, 1998 |

| | |
|---|---|
| **Date** | |
| **Owner** | (REGISTRANT) VANS, INC. CORPORATION DELAWARE 15700 SHOEMAKER AVENUE SANTA FE SPRINGS CALIFORNIA 90670 |
| **Prior Registrations** | 1267262;1353939;1378174;1861882;AND OTHERS |
| **Type of Mark** | TRADEMARK |
| **Register** | PRINCIPAL |
| **Affidavit Text** | SECT 15. SECT 8 (6-YR). SECTION 8(10-YR) 20090328. |
| **Renewal** | 1ST RENEWAL 20090328 |
| **Live/Dead Indicator** | LIVE |

TESS HOME   NEW USER   STRUCTURED   FREE FORM   BROWSE DICT   SEARCH OG   TOP   HELP

| HOME | SITE INDEX | SEARCH | eBUSINESS | HELP | PRIVACY POLICY

**Int. Cl.: 25**

**Prior U.S. Cls.: 22 and 39**

**United States Patent and Trademark Office**

**Reg. No. 2,177,772**

**Registered Aug. 4, 1998**

## TRADEMARK
### PRINCIPAL REGISTER



VANS, INC. (DELAWARE CORPORATION)
2095 BATAVIA STREET
ORANGE, CA 926653101

FOR: FOOTWEAR, IN CLASS 25 (U.S. CLS. 22 AND 39).

FIRST USE 0-0-1971; IN COMMERCE 0-0-1971.

THE MATTER SHOWN BY THE DOTTED LINES IS NOT PART OF THE MARK AND SERVES ONLY TO SHOW THE POSITION OF THE MARK.
SEC. 2(F).

SER. NO. 75-091,541, FILED 4-19-1996.

KIM SAITO, EXAMINING ATTORNEY

 **United States Patent and Trademark Office**

Home | Site Index | Search | FAQ | Glossary | Guides | Contacts | eBusiness | eBiz alerts | News | Help

## Trademarks > Trademark Electronic Search System (TESS)

*TESS was last updated on Wed Aug 1 05:21:02 EDT 2018*

| TESS HOME | NEW USER | STRUCTURED | FREE FORM | BROWSE DICT | SEARCH OG | BOTTOM | HELP |

Please logout when you are done to release system resources allocated for you.

# Record 1 out of 1

| TSDR | ASSIGN Status | TTAB Status |  *( Use the "Back" button of the Internet Browser to return to TESS)*



| | |
|---|---|
| **Goods and Services** | IC 025. US 022 039. G & S: footwear. FIRST USE: 19710000. FIRST USE IN COMMERCE: 19710000 |
| **Mark Drawing Code** | (2) DESIGN ONLY |
| **Design Search Code** | 09.07.02 - Athletic shoes; Boots, ski; Exercise shoes; Gym shoes; Roller skates; Skates; Ski boots |
| **Serial Number** | 75091541 |
| **Filing Date** | April 19, 1996 |
| **Current Basis** | 1A |
| **Original Filing Basis** | 1A |
| **Published for Opposition** | May 12, 1998 |
| **Registration Number** | **2177772** |
| **Registration Date** | August 4, 1998 |
| **Owner** | (REGISTRANT) Vans, Inc. CORPORATION DELAWARE 15700 SHOEMAKER AVENUE SANTA FE SPRINGS CALIFORNIA 90670 |
| **Description of Mark** | The matter shown by the dotted lines is not part of the mark and serves only to show the position of the mark. |
| **Type of Mark** | TRADEMARK |

| | |
|---|---|
| **Register** | PRINCIPAL-2(F) |
| **Affidavit Text** | SECT 15. SECT 8 (6-YR). SECTION 8(10-YR) 20090328. |
| **Renewal** | 1ST RENEWAL 20090328 |
| **Live/Dead Indicator** | LIVE |

TESS HOME   NEW USER   STRUCTURED   FREE FORM   BROWSE DICT   SEARCH OG   TOP   HELP

| HOME | SITE INDEX | SEARCH | eBUSINESS | HELP | PRIVACY POLICY

# United States of America

## United States Patent and Trademark Office



**Reg. No. 5,503,154**

**Registered Jun. 26, 2018**

**Int. Cl.: 9, 18, 25, 35**

**Service Mark**

**Trademark**

**Principal Register**

Vans, Inc.  (DELAWARE CORPORATION)
1588 South Coast Dr.
Costa Mesa, CALIFORNIA 92626

CLASS 9: Protective covers and cases for cellphones, laptops and portable media players; Headsets for mobile phones; headphones, earphones; Eyewear, sunglasses, sunglass cases; bags adapted for laptops

FIRST USE 1-00-2016; IN COMMERCE 1-00-2016

CLASS 18: All-purpose carrying bags, purses, shoulder bags, handbags, beach bags, messenger bags, overnight bags, backpacks; Wallets

FIRST USE 3-18-1977; IN COMMERCE 3-18-1977

CLASS 25: Footwear; Clothing, namely, shirts, t-shirts, tank tops, sweaters, jackets, pants, jeans, leggings, shorts, board shorts, skirts, dresses, swimwear, socks, belts, scarves, gloves and underwear; Headwear

FIRST USE 3-18-1977; IN COMMERCE 3-18-1977

CLASS 35: On-line and in-store wholesale and retail store services featuring footwear, clothing, and accessories

FIRST USE 3-18-1977; IN COMMERCE 3-18-1977

The mark consists of the design of an elongated skateboard.

SER. NO. 87-731,779, FILED 12-22-2017



Director of the United States
Patent and Trademark Office



## United States Patent and Trademark Office

Home | Site Index | Search | FAQ | Glossary | Guides | Contacts | eBusiness | eBiz alerts | News | Help

## Trademarks > Trademark Electronic Search System (TESS)

*TESS was last updated on Wed Sep 25 03:31:03 EDT 2019*

| TESS HOME | NEW USER | STRUCTURED | FREE FORM | BROWSE DICT | SEARCH OG | BOTTOM | HELP |

Please logout when you are done to release system resources allocated for you.

# Record 1 out of 1

| TSDR | ASSIGN Status | TTAB Status | *( Use the "Back" button of the Internet Browser to return to TESS)*



| | |
|---|---|
| **Goods and Services** | IC 009. US 021 023 026 036 038. G & S: Protective covers and cases for cellphones, laptops and portable media players; Headsets for mobile phones; headphones, earphones; Eyewear, sunglasses, sunglass cases; bags adapted for laptops. FIRST USE: 20160100. FIRST USE IN COMMERCE: 20160100 |
| | IC 018. US 001 002 003 022 041. G & S: All-purpose carrying bags, purses, shoulder bags, handbags, beach bags, messenger bags, overnight bags, backpacks; Wallets. FIRST USE: 19770318. FIRST USE IN COMMERCE: 19770318 |
| | IC 025. US 022 039. G & S: Footwear; Clothing, namely, shirts, t-shirts, tank tops, sweaters, jackets, pants, jeans, leggings, shorts, board shorts, skirts, dresses, swimwear, socks, belts, scarves, gloves and underwear; Headwear. FIRST USE: 19770318. FIRST USE IN COMMERCE: 19770318 |
| | IC 035. US 100 101 102. G & S: On-line and in-store wholesale and retail store services featuring footwear, clothing, and accessories. FIRST USE: 19770318. FIRST USE IN COMMERCE: 19770318 |
| **Mark Drawing Code** | (2) DESIGN ONLY |
| **Design Search Code** | 21.03.26 - Skateboards |
| **Serial Number** | 87731779 |
| **Filing Date** | December 22, 2017 |
| **Current Basis** | 1A |
| **Original Filing Basis** | 1A |
| **Published for Opposition** | April 10, 2018 |

| | |
|---|---|
| **Registration Number** | **5503154** |
| **Registration Date** | June 26, 2018 |
| **Owner** | (REGISTRANT) Vans, Inc. CORPORATION DELAWARE 1588 South Coast Dr. Costa Mesa CALIFORNIA 92626 |
| **Attorney of Record** | Angela Kalsi |
| **Description of Mark** | Color is not claimed as a feature of the mark. The mark consists of the design of an elongated skateboard. |
| **Type of Mark** | TRADEMARK. SERVICE MARK |
| **Register** | PRINCIPAL |
| **Live/Dead Indicator** | LIVE |

TESS HOME   NEW USER   STRUCTURED   FREE FORM   BROWSE DICT   SEARCH OG   TOP   HELP

| HOME | SITE INDEX | SEARCH | eBUSINESS | HELP | PRIVACY POLICY